IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RAYMOND DYLAN SHIELDS                                                          PLAINTIFF

      v.                                Civil No. 6:14-cv-6069

OFFICER BURROWS; and the
HOT SPRING COUNTY DETENTION
CENTER                                                                         DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this action on May 21, 2014, pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.* Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2014), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

Plaintiff was incarcerated in the Hot Spring County Detention Center when he filed this case. By order (Doc. 3) entered on May 21, 2014, Plaintiff was given until June 11, 2014, to submit a complete application to proceed *in forma pauperis* and an amended complaint.

Plaintiff did not respond to the Court order. The order was not returned to the Court as undeliverable.

On July 22, 2014, a show cause order was entered giving Plaintiff until August 1, 2014, to show cause why this case should not be dismissed based on his failure to obey the order of this Court and his failure to prosecute this action. The show cause order was returned as undeliverable.

When he filed this case, Plaintiff was advised that he was required to immediately inform the Court of any change in his address (Doc. 3). Plaintiff has not done so. He has not filed any

documents with the Court since he filed the complaint on May 21st.  He has not communicated with the Court in anyway.

I therefore recommend that this case be dismissed based on the Plaintiff's failure to obey the orders of the Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED** this 7th day of October 2014.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE