```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

RAYMOND DYLAN SHIELDS                                    PLAINTIFF

     V.                 Civil No. 14-6069

OFFICER BURROWS and the
HOT SPRING COUNTY
DETENTION CENTER                                         DEFENDANT

                           O R D E R

On this 24th day of November 2014, there comes on for consideration the report and recommendation filed in this case on October 7, 2014, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  (Doc. 6).

A copy of the report and recommendation was initially sent to Plaintiff at the Hot Spring County Detention Center on October 7, 2014.  It was returned on October 16, 2014 as undeliverable.  On October 17, 2014, the U.S. District Clerk entered a change of address for Plaintiff pursuant to information from the Arkansas Department of Corrections that Plaintiff was in ADC custody in Wrightsville.  The report and recommendation was resent to Plaintiff with instructions that any objections were due by November 3, 2014.  No objections have been filed, and Plaintiff has not communicated with the Court in any way.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:   The report and

recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of this Court.  *See* Fed. R. Civ. P. 41(b).

   IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge

**AO72A**
**(Rev. 8/82)**